IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KOJO KARUME AL-ZUBAIR KHAYRALLAH,**

    Plaintiff,

v.                                                    Case No. 4:24-cv-258-AW-MJF

**MARK H. MAHON,**

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal for lack of subject-matter jurisdiction. ECF No. 4. Plaintiff has filed no objection. I agree that Plaintiff has not shown that the court has jurisdiction, and I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for lack of subject-matter jurisdiction." The clerk will then close the file.

SO ORDERED on October 9, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge